UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IT IS HEREBY ADJUDGED and DECREED that the below described is WITHDRAWN.

IN RE:

NESANET G. BELAY

DEBTOR

CASE NO.

Dated: August 19, 2015

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

**ORDER GRANTING DEBTOR'S OBJECTION TO THE SECURED CLAIM OF WELLS FARGO BANK, N.A. (CLAIM NO. 4 PER PACER)**

On this date came to be considered the *Debtor's Objection to the Secured Claim of Wells Fargo Bank, N.A. (Claim no. 4 per PACER)*, and it appearing to the Court that said claim should be disposed of as follows, it is therefore

ORDERED that the Debtor's objection is hereby granted, and it is further

ORDERED that the secured claim of WELLS FARGO BANK, N.A., filed on April 7, 2015, in the amount of $113,020.30 be disallowed as both a secured and unsecured claim against the estate in its entirety.

ORDERED that a copy of this order will be served by the clerk's office upon the claimant, WELLS FARGO BANK, N.A., C/O BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 15000 SURVEYOR BLVD, SUITE 100, ADDISON, TX 75001.

###

Order Prepared By:

/s/ Luis Manuel Paredes Jr.
Luis Manuel Paredes Jr.
SBN: 24083618

Manuel Paredes Law Firm, PLLC
2512 S. Interstate 35
Suite 140
Austin, Texas 78704
(512) 571-3036
(512) 485-3121 (*facsimile*)
ManuelParedesLawFirm@gmail.com

Attorney for Debtor

In re:                                                                                          Case No. 14-11771-tmd
Nesanet G. Belay                                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1          User: miillers          Page 1 of 1          Date Rcvd: Aug 19, 2015
                              Form ID: pdfintp          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2015.
db          +Nesanet G. Belay,   15352 English River Loop,   Leander, TX 78641-3316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2015                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2015 at the address(es) listed below:
              Brian D. Glidden   on behalf of Creditor   Wells Fargo Bank, N.A. wdecf@BDFGROUP.com
              Charles L. Kennon III   on behalf of Creditor   US Bank National Association charlesk@w-legal.com,
               jodyr@w-legal.com
              Charles L. Kennon III   on behalf of Creditor   Nationstar Mortgage, LLC charlesk@w-legal.com,
               jodyr@w-legal.com
              Deborah B. Langehennig   mschoppe@ch13austin.com, courtdownloads@ch13austin.com
              Jeffrey Fleming   on behalf of Creditor   Wells Fargo Home Mortgage wdecf@BDFGROUP.com
              Lee Gordon   on behalf of Creditor   County Of Williamson
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
              Luis Manuel Paredes, Jr.   on behalf of Debtor Nesanet G. Belay lparedesjr@gmail.com,
               manuelparedeslawfirm@gmail.com
              Steve Turner   on behalf of Creditor   Wells Fargo Home Mortgage wdecf@BDFGROUP.com,
               marshak@BDFGroup.com
              United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
                                                                                                                  TOTAL: 9